# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1801

_____

United States of America,

        Appellee,

v.

David Carl Sagert,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Northern District of Iowa.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: September 23, 2008
Filed: September 26, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

David Carl Sagert appeals the sentence the district court[1] imposed after revoking his supervised release. After reviewing the record and counsel's brief, we conclude that Sagert's sentence is not unreasonable, see United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review of revocation sentences), because it is within the statutory limits of 18 U.S.C. § 3583(e)(3), and it resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a), see United States v. Nelson, 453 F.3d 1004, 1006 (8th Cir. 2006) (appellate

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, certain § 3553(a) factors).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____